UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

           Civil Action
           No: **12-10171-WGY**

**ADVANCED TECHNOLOGY CORP.**
Plaintiff

v.

**INSTRON CORP.
OF NEBRASKA**

Defendant

JUDGMENT

      This action came before the Court for a ruling on Defendant's Motion for Summary Judgment.  The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT**

**Instron Corp.**

                    Robert M. Farrell
                    **Clerk**

                    /s/ Jennifer Gaudet
                    **Deputy Clerk**

**December 18, 2014**